DALE v. INSURANCE CO.

No. 165 PC.

Case below: 40 N.C. App. 715.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 12 July 1979.

DECKER v. DECKER

No. 159 PC.

Case below: 41 N.C. App. 191.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 June 1979.

ENGLISH v. REALTY CORP.

No. 189 PC.

Case below: 41 N.C. App. 1.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 12 July 1979.

HOLLAND v. HOLLAND

No. 143 PC.

Case below: 41 N.C. App. 191.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.

HOSPITAL v. HOOTS

No. 137 PC.

Case below: 40 N.C. App. 595.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 July 1979.